WILLIAM W. NICKALS, APPELLANT, v. THOMPSON J. BIRD, RESPONDENT.

PRE-EMPTION CLAIM UNDER U. S. LAWS.—

APPEAL from the District Court of the Sixth Judicial District, Eureka County.

*Bishop & Sabin*, for Appellant:

*Baker & Wines*, for Respondent:

By the Court, BELKNAP, J.:

The same question is presented in this case as in that of *Nickals* v. *Winn*, *ante*.

Upon the authority of that case the judgment herein is reversed and cause remanded, with instructions to the district court to enter judgment in favor of plaintiff, with costs.